| BILL OF COST: E/O BRITT V. NAPHCARE, INC., ET AL. | | | |
|---|---|---|---|
| **DATE PAID:** | **PAYABLE TO:** | **DESCRIPTION:** | **AMOUNT PAID:** |
| | | | |
| 11/20/2017 | Hamilton County Public Health | Copies | $24.00 |
| 2/18/2019 | Elite Reporting Agency, LLC | Deposition Transcripts re: Kolb, Wright | $611.65 |
| 2/22/2019 | Elite Reporting Agency, LLC | Deposition Transcripts re: Pegram, McFarland | $434.00 |
| 2/27/2019 | Elite Reporting Agency, LLC | Deposition Transcripts re: Humphries, Moore | $639.95 |
| 3/5/2019 | Elite Reporting Agency, LLC | Deposition Transcript re: M. Clark | $242.00 |
| 4/15/2019 | Elite Reporting Agency, LLC | Deposition Transcripts re: Perdikakis, Kilday | $594.70 |
| 4/17/2019 | Elite Reporting Agency, LLC | Deposition Transcripts re: Dossenback, Reynolds, Halusek | $160.85 |
| 5/8/2019 | Elite Reporting Agency, LLC | Deposition Transcripts re: Dugger, Minnich, Dr. Everson, Dr. Johansen, Schoonover | $1,364.80 |
| 5/15/2019 | Elite Reporting Agency, LLC | Deposition Transcripts re: Bucker, Dossenback, Andre | $360.95 |
| 9/25/2019 | Raymer Reporting, Inc. | Depositions & Transcripts of Lisa & Tommy Britt | $1,458.50 |
| 12/4/2019 | David Mathis, MD | Other Costs - Expert | $4,800.00 |
| 1/9/2020 | Michael A. McIlory, MD | Other Costs - Expert | $3,150.00 |
| 2/5/2020 | David Mathis, MD | Other Costs - Expert | $3,564.00 |
| 4/21/2020 | David Mathis, MD | Other Costs - Expert | $20,652.00 |
| 4/22/2020 | Michael A. McIlory, MD | Other Costs - Expert | $3,430.00 |
| 4/15/2021 | Mark Botham, MD | Other Costs - Expert | $2,725.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL** | | | **$44,212.40** |

**EXHIBIT A**

**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
525 VINE STREET, SUITE 1700
CINCINNATI, OHIO 45202
PH. 513 721-1311

Private Banking

13-1542
420

50766

50766

**Huntington**

TWENTY-FOUR AND 00/100 DOLLARS

| DATE | AMOUNT |
|------|--------|
| 11-20-2017 | $********24.00 |

PAY
TO THE
ORDER
OF:

Hamilton County Public Health
250 William Howard Taft Road
2nd Floor
Cincinnati, OH  45219

Security features. Details on back.

VOID AFTER 90 DAYS

"050766"  ":042015422:  0165108051?"

---

SSchmidt

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:  1104874          Check Number: 50766

Check Date:  Nov 20/17          $24.00

Payee:  Hamilton County Public Health

| Invoice # | Inv. Date | Client | Matter | | Amount | Inv. Total |
|-----------|-----------|--------|--------|--|--------|-----------|
| 112017 | Nov 20/17 | 4205 | 10082N | Hamilton County Public Health; REQUEST#: 1104874; DATE: 11/20/2017.  - Fee for Death | 24.00 | 24.00 |
| | | | | Invoice Totals: | $24.00 | $24.00 |

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1104874          Check Number:  50766

Check Date:11-20-17

50766

Payee:  Hamilton County Public Health

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|-----------|-----------|----------|--------|--------|-----------|--------|-----------|
| 112017 | Nov 20/17 | | 4205 | 10082N | Hamilton County Public Health; REQUEST#: 1104874; DATE: 11/20/2017.  - Fee for Death | 24.00 | 24.00 |
| | | | | | Invoice Totals: | $24.00 | $24.00 |

3101.ae

Ref.No:G  227601900

**REMINGER CO., L.P.A.**
**ATTORNEYS AT LAW**
525 VINE STREET, SUITE 1700
CINCINNATI, OHIO 45202
PH. 513 721-1311

Huntington
Private Banking

13-1542
420

54802
54802

SIX HUNDRED ELEVEN AND 65/100 DOLLARS

| | DATE | AMOUNT |
|---|---|---|
| | 02-18-2019 | $*******611.65 |

PAY TO THE ORDER OF:

Elite Reporting Agency, LLC
7733 Beechmont Avenue
Suite 100
Cincinnati, OH 45255

VOID AFTER 90 DAYS

⑈054802⑈ ⑆04201542⑈ 0165108051 7⑈

---

TKaelin

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1134313   Check Number:   54802

Check Date:Feb 18/19   $611.65

Payee: Elite Reporting Agency, LLC

| Invoice # | Inv. Date | Client | Matter | | Amount | Inv. Total |
|---|---|---|---|---|---|---|
| 207904 | Feb 18/19 | 4205 | 10082N | Elite Reporting Agency, LLC; REQUEST#: 1134313; DATE: 2/18/2019.  - Transcripts of the | 611.65 | 611.65 |
| | | | | Invoice Totals: | $611.65 | $611.65 |

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1134313   Check Number:   54802

Check Date:02-18-19   54802

Payee:   Elite Reporting Agency, LLC

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 207904 | Feb 18/19 | | 4205 | 10082N | Elite Reporting Agency, LLC; REQUEST#: 1134313; DATE: 2/18/2019.  - Transcripts of the | 611.65 | 611.65 |
| | | | | | Invoice Totals: | $611.65 | $611.65 |



**REPORTING AGENCY**

7733 Beechmont Avenue, Suite 100
Cincinnati, Ohio 45255
www.elitereportingagency.com
depo@elitereportingagency.com
877.233.4403 (toll free)
513.233.3000 (office)
513.233.2310 (fax)

*4205-10082N*
*CAM1/TKaelin*

# INVOICE

Reminger Co. LPA
ATTN: Carrie M. Starts, Esq.
525 Vine Street
Suite 1700
Cincinnati, OH 45202

| | |
|---|---|
| **Invoice Number:** | **207904** |
| Invoice Date: | 02/15/2019 |
| Job Number: | 110785 |

Client Phone: 513.721.1311

In Re: Lisa Britt v Hamilton County, et al
Witness(s): Allison Kolb, LPN, Lyndsey Wright, LPN
Attendance Date: 02/05/2019, 9:30 a.m.
Reporter: Wendy Scott

| Qty | Description | Ext |
|---|---|---|
| 129 | Copy as PDF mini (Allison Kolb, LPN) | 354.75 |
| 70 | Copy as PDF mini (Lyndsey Wright, LPN) | 192.50 |
| 95 | Exhibits (b&w/per page) (scanned or paper) (Allison Kolb, LPN) | 38.00 |
| 66 | Exhibits (b&w/per page) (scanned or paper) (Lyndsey Wright, LPN) | 26.40 |

Invoice Total: 611.65

Check out our updated website at www.elitereportingagency.com.
Schedule online: elitereportingagency.com/scheduling-court-reporting

Payment terms net 30.
Visa, Mastercard, and American Express accepted.
30 days past due accounts subject to 1.5% monthly late charge.
We appreciate your business!

**PAID**

**FEB 1 8 2019**

**CK # 54802**

Tax ID: 01-0664110

Remit to: Elite Reporting Agency, LLC
7733 Beechmont Avenue, Suite 100
Cincinnati, OH 45255

*Please detach bottom portion and return with payment*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Invoice Number: | 207904 |
| Invoice Date: | 02/15/2019 |
| Amount Due: | **$611.65** |
| Amount Enclosed: | $ |

**CREDIT CARDS ACCEPTED**

  

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone: |
| Billing Address: | |
| Zip: | Security Code: |
| Signature: | |

**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
525 VINE STREET, SUITE 1700
CINCINNATI, OHIO 45202
PH. 513 721-1311

**Huntington**
Private Banking

13-1542
420

54833

54833

FOUR HUNDRED THIRTY-FOUR AND 00/100 DOLLARS

| DATE | AMOUNT |
|---|---|
| 02-22-2019 | $*******434.00 |

AY
O THE
RDER
OF:

**Elite Reporting Agency, LLC**
7733 Beechmont Avenue
Suite 100
Cincinnati, OH 45255

_Kathie H. W....._

**VOID AFTER 90 DAYS**                   MP

⑈054833⑈ ⑆042015422⑈ 0165108051 7⑈

---

TKaelin

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Payee: Elite Reporting Agency, LLC

| | | | | Request Number: 1134582 | Check Number: | |
|---|---|---|---|---|---|---|
| | | | | Check Date: Feb 22/19 | $434.00 | 54833 |

| Invoice # | Inv. Date | | Client | Matter | | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 207930 | Feb 22/19 | | 4205 | 10082N | Elite Reporting Agency, LLC; REQUEST#: 1134582; DATE: 2/22/2019. - Transcripts of the | 434.00 | 434.00 |
| | | | | | Invoice Totals: | $434.00 | $434.00 |

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Payee: Elite Reporting Agency, LLC

| | | | | | Request Number: 1134582 | Check Number: | 54833 |
|---|---|---|---|---|---|---|---|
| | | | | | Check Date: 02-22-19 | | 54833 |

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 207930 | Feb 22/19 | | 4205 | 10082N | Elite Reporting Agency, LLC; REQUEST#: 1134582; DATE: 2/22/2019. - Transcripts of the | 434.00 | 434.00 |
| | | | | | Invoice Totals: | $434.00 | $434.00 |

4205-
10082N
CMS/tj/



7733 Beechmont Avenue, Suite 100
Cincinnati, Ohio 45255
www.elitereportingagency.com
depo@elitereportingagency.com
877.233.4403 (toll free)
513.233.3000 (office)
513.233.2310 (fax)

# INVOICE

Reminger Co. LPA
ATTN: Carrie M. Starts, Esq.
525 Vine Street
Suite 1700
Cincinnati, OH 45202

| | |
|---|---|
| **Invoice Number:** | **207930** |
| Invoice Date: | 02/20/2019 |
| Job Number: | 110786 |

Client Phone: 513.721.1311

In Re: Lisa Britt v Hamilton County, et al
Witness(s): Michael Pegram, Danielle McFarland
Attendance Date: 02/12/2019, 10:00 a.m.
Reporter: Peggy

| Qty | Description | Ext |
|---|---|---|
| 75 | Copy as PDF mini (Pegram) | 206.25 |
| 69 | Copy as PDF mini (McFarland) | 189.75 |
| 64 | Exhibits (b&w/per page) (scanned or paper) (Pegram) | 25.60 |
| 31 | Exhibits (b&w/per page) (scanned or paper) (McFarland) | 12.40 |

Invoice Total: 434.00

Check out our updated website at www.elitereportingagency.com.
Schedule online: elitereportingagency.com/scheduling-court-reporting

Payment terms net 30.
Visa, Mastercard, and American Express accepted.
30 days past due accounts subject to 1.5% monthly late charge.
We appreciate your business!

PAID
FEB 22 2019
CK # 54833

Tax ID: 01-0664110
Remit to: Elite Reporting Agency, LLC
7733 Beechmont Avenue, Suite 100
Cincinnati, OH 45255
*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 207930 |
| Invoice Date: | 02/20/2019 |
| Amount Due: | **$434.00** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

 

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone: _____
Billing Address: _____
Zip: _____ Security Code: _____
Signature: _____



**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
525 VINE STREET, SUITE 1700
CINCINNATI, OHIO 45202
PH. 513 721-1311

Huntington
Private Banking

13-1542
420

54859

54859

SIX HUNDRED THIRTY-NINE AND 95/100 DOLLARS

|  | DATE | AMOUNT |
|---|---|---|
|  | 02-27-2019 | $*******639.95 |

PAY
TO THE
ORDER
OF:

Elite Reporting Agency, LLC
7733 Beechmont Avenue
Suite 100
Cincinnati, OH  45255

VOID AFTER 90 DAYS

⑈054859⑈ ⑆042015422⑆ 0165108051 7⑈

---

TKaelin

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number: 1134803
Check Date: Feb 27/19

Check Number:
$639.95

54859

**Payee:** Elite Reporting Agency, LLC

| Invoice # | Inv. Date | Client | Matter | | Amount | Inv. Total |
|---|---|---|---|---|---|---|
| 207937 | Feb 27/19 | 4205 | 10082N | Elite Reporting Agency, LLC; REQUEST#: 1134803; DATE: 2/27/2019. - Transcripts of the | 639.95 | 639.95 |
| | | | | Invoice Totals: | $639.95 | $639.95 |

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number: 1134803
Check Date: 02-27-19

Check Number: 54859

54859

Payee: Elite Reporting Agency, LLC

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 207937 | Feb 27/19 | | 4205 | 10082N | Elite Reporting Agency, LLC; REQUEST#: 1134803; DATE: 2/27/2019. - Transcripts of the | 639.95 | 639.95 |
| | | | | | Invoice Totals: | $639.95 | $639.95 |

*4205-*
*10082*
*CMS/*
*TASHK.*



7733 Beechmont Avenue, Suite 100
Cincinnati, Ohio 45255
www.elitereportingagency.com
depo@elitereportingagency.com
877.233.4403 (toll free)
513.233.3000 (office)
513.233.2310 (fax)

# INVOICE

Reminger Co. LPA
ATTN: Carrie M. Starts, Esq.
525 Vine Street
Suite 1700
Cincinnati, OH 45202

| | |
|---|---|
| **Invoice Number:** | **207937** |
| Invoice Date: | 02/25/2019 |
| Job Number: | 110803 |

Client Phone: 513.721.1311

In Re: Lisa Britt v Hamilton County, et al
Witness(s): Deputy David Humphries, Angela Moore, BSN
Attendance Date: 02/13/2019, 10:30 a.m.
Reporter: Wendy Scott

| Qty | Description | Ext |
|---|---|---|
| 104 | Copy as PDF mini (Humphries) | 286.00 |
| 113 | Copy as PDF mini (Moore) | 310.75 |
| 18 | Exhibits (b&w/per page) (scanned or paper) | 7.20 |
| 1 | Exhibits (color/per page) (scanned or paper) | 1.00 |
| 1 | Exhibit (DVD or CD) | 25.00 |
| 1 | Delivery | 10.00 |

Invoice Total: 639.95

Check out our updated website at www.elitereportingagency.com.
Schedule online: elitereportingagency.com/scheduling-court-reporting

Payment terms net 30.
Visa, Mastercard, and American Express accepted.
30 days past due accounts subject to 1.5% monthly late charge.
We appreciate your business!

Tax ID: 01-0664110
Remit to: Elite Reporting Agency, LLC
7733 Beechmont Avenue, Suite 100
Cincinnati, OH 45255



**PAID**
FEB 2 7 2019
CK # 54854

**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
525 VINE STREET, SUITE 1700
CINCINNATI, OHIO 45202
PH. 513 721-1311



Private Banking

13-1542
420

54946

54946

TWO HUNDRED FORTY-TWO AND 00/100 DOLLARS

| | DATE | AMOUNT |
|---|---|---|
| | 03-05-2019 | $*******242.00 |

PAY
TO THE
ORDER
OF:

Elite Reporting Agency, LLC
7733 Beechmont Avenue
Suite 100
Cincinnati, OH 45255

VOID AFTER 90 DAYS

⑈054946⑈ ⑊042015422⑊ 01651080517⑈

---

KHampton

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Payee: Elite Reporting Agency, LLC

Request Number:1135276

Check Date:Mar 05/19

Check Number:

$242.00

54946

| Invoice # | Inv. Date | | Client | Matter | | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 207931 | Mar 05/19 | | 4205 | 10082N | Elite Reporting Agency, LLC; REQUEST#: 1135276; DATE: 3/5/2019. - Transcript of the de | 242.00 | 242.00 |
| | | | | | Invoice Totals: | $242.00 | $242.00 |

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1135276

Check Date:03-05-19

Check Number: 54946

54946

Payee: Elite Reporting Agency, LLC

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 207931 | Mar 05/19 | | 4205 | 10082N | Elite Reporting Agency, LLC; REQUEST#: 1135276; DATE: 3/5/2019. - Transcript of the de | 242.00 | 242.00 |
| | | | | | Invoice Totals: | $242.00 | $242.00 |

10082N  *RWH/KHampton*

Britt v. Naphare
PDF Mini of
Michelle Clark



7733 Beechmont Avenue, Suite 100
Cincinnati, Ohio 45255
www.elitereportingagency.com
depo@elitereportingagency.com
877.233.4403 (toll free)
513.233.3000 (office)
513.233.2310 (fax)

# INVOICE

Reminger Co. LPA
ATTN: Robert W. Hojnoski, Esq.
525 Vine Street
Suite 1700
Cincinnati, OH 45202

| | |
|---|---|
| **Invoice Number:** | **207931** |
| Invoice Date: | 02/21/2019 |
| Job Number: | 110804 |

Client Phone: 513.721.1311

In Re:  Lisa Britt v Hamilton County, et al
Witness(s): Michelle Clark
Attendance Date: 02/14/2019, 1:00 p.m.
Reporter: Tracy L. Allen, RPR, RMR

| Qty | Description | Ext |
|---|---|---|
| 88 | Copy as PDF mini | 242.00 |

Invoice Total:  242.00

---

Check out our updated website at www.elitereportingagency.com.
Schedule online: elitereportingagency.com/scheduling-court-reporting

Payment terms net 30.
Visa, Mastercard, and American Express accepted.
30 days past due accounts subject to 1.5% monthly late charge.
We appreciate your business!

---

Tax ID: 01-0664110

Remit to: Elite Reporting Agency, LLC
7733 Beechmont Avenue, Suite 100
Cincinnati, OH 45255

*Please detach bottom portion and return with payment*

**PAID**
MAR 05 2019
CK# 54946

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Invoice Number: | 207931 |
| Invoice Date: | 02/21/2019 |
| Amount Due: | **$242.00** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

  

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone: _____
Billing Address: _____
Zip: _____ Security Code: _____
Signature: _____

10082N
Britt v. Naphcare
Transcripts of Perdikakis and Kilday)



7733 Beechmont Avenue, Suite 100
Cincinnati, Ohio 45255
www.elitereportingagency.com
depo@elitereportingagency.com
877.233.4403 (toll free)
513.233.3000 (office)
513.233.2310 (fax)

# INVOICE

Reminger Co. LPA
ATTN: Carrie M. Starts, Esq.
525 Vine Street
Suite 1700
Cincinnati, OH 45202

| | |
|---|---|
| **Invoice Number:** | **208088** |
| Invoice Date: | 04/12/2019 |
| Job Number: | 110908 |
| Client Phone: | 513.721.1311 |

In Re: Lisa Britt v Hamilton County, et al
Witness(s): Maria Perdikakis, RN, Sergeant Melissa Kilday
Attendance Date: 04/01/2019, 10:30 a.m.
Reporter: Wendy Scott

| Qty | Description | Ext |
|---|---|---|
| 123 | Copy as PDF mini (Perdikakis) | 338.25 |
| 87 | Copy as PDF mini (Kilday) | 239.25 |
| 43 | Exhibits (b&w/per page) (scanned or paper) | 17.20 |
| | Invoice Total: | 594.70 |

Check out our updated website at www.elitereportingagency.com.
Schedule online: elitereportingagency.com/scheduling-court-reporting

Payment terms net 30.
https://www.paypal.me/EliteReportingAgency

Visa, Mastercard, and American Express accepted.
30 days past due accounts subject to 1.5% monthly late charge.
We appreciate your business!

Tax ID: 01-0664110

Remit to: Elite Reporting Agency, LLC
7733 Beechmont Avenue, Suite 100
Cincinnati, OH 45255

*Please detach bottom portion and return with payment*



| | |
|---|---|
| Invoice Number: | 208088 |
| Invoice Date: | 04/12/2019 |
| Amount Due: | **$594.70** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

  

Cardholder`s Name:
Card Number:
Exp. Date:                 Phone:
Billing Address:
Zip:            Security Code:
Signature:

**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
525 VINE STREET, SUITE 1700
CINCINNATI, OHIO 45202
PH. 513 721-1311

**Huntington**
Private Banking

13-1542
420

55384

55384

**ONE HUNDRED SIXTY AND 85/100 DOLLARS**

| | DATE | AMOUNT |
|---|---|---|
| | 04-17-2019 | $*******160.85 |

PAY
TO THE
ORDER
OF:

**Elite Reporting Agency, LLC**
**7733 Beechmont Avenue**
**Suite 100**
**Cincinnati, OH  45255**

**VOID AFTER 90 DAYS**

⑈055384⑈ ⑆04201542⑆ 01651080517⑈

---

KHampton
**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1138656    Check Number:    55384

Check Date:Apr 17/19    $160.85

Payee:  Elite Reporting Agency, LLC

| Invoice # | Inv. Date | Client | Matter | | Amount | Inv. Total |
|---|---|---|---|---|---|---|
| 208091 | Apr 17/19 | 4205 | 10082N | Elite Reporting Agency, LLC; REQUEST#: 1138656; DATE: 4/17/2019.  - Transcripts of the | 160.85 | 160.85 |
| | | | | Invoice Totals: | $160.85 | $160.85 |

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1138656    Check Number:    55384

Check Date:04-17-19    55384

Payee:  Elite Reporting Agency, LLC

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 208091 | Apr 17/19 | | 4205 | 10082N | Elite Reporting Agency, LLC; REQUEST#: 1138656; DATE: 4/17/2019.  - Transcripts of the | 160.85 | 160.85 |
| | | | | | Invoice Totals: | $160.85 | $160.85 |

*RWH / KHampton*

(10082N)
Britt v. Naphcare
Transcripts for Reynolds,
Halusek)



**elite**
REPORTING AGENCY

7733 Beechmont Avenue, Suite 100
Cincinnati, Ohio 45255
www.elitereportingagency.com
depo@elitereportingagency.com
877.233.4403 (toll free)
513.233.3000 (office)
513.233.2310 (fax)

# INVOICE

Reminger Co. LPA
ATTN: Carrie M. Starts, Esq.
525 Vine Street
Suite 1700
Cincinnati, OH  45202

| | |
|---|---|
| **Invoice Number:** | **208091** |
| Invoice Date: | 04/15/2019 |
| Job Number: | 110909 |
| Client Phone: | 513.721.1311 |

In Re:  Lisa Britt v Hamilton County, et al
   Witness(s): William Dossenback, Jamie Reynolds, Anthony Halusek
   Attendance Date: 04/04/2019, 11:30 a.m.
   Reporter: Tracy L. Allen, RPR, RMR

| Qty | Description | Ext |
|---|---|---|
| 27 | Copy as PDF mini (Reynolds) | 74.25 |
| 28 | Copy as PDF mini (Halusek) | 77.00 |
| 24 | Exhibits (b&w/per page) (scanned or paper) | 9.60 |
| | Invoice Total: | 160.85 |

Check out our updated website at www.elitereportingagency.com.
Schedule online: elitereportingagency.com/scheduling-court-reporting

Payment terms net 30.
https://www.paypal.me/EliteReportingAgency

Visa, Mastercard, and American Express accepted.
30 days past due accounts subject to 1.5% monthly late charge.
We appreciate your business!

**PAID**
APR 1 7 2019
CK # SS384

Tax ID: 01-0664110

Remit to: Elite Reporting Agency, LLC
7733 Beechmont Avenue, Suite 100
Cincinnati, OH 45255

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 208091 |
| Invoice Date: | 04/15/2019 |
| Amount Due: | **$160.85** |
| Amount Enclosed: | $ |

**CREDIT CARDS ACCEPTED**

  

Cardholder's Name:
Card Number:
Exp. Date:          Phone:
Billing Address:
Zip:          Security Code:
Signature:

**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
525 VINE STREET, SUITE 1700
CINCINNATI, OHIO 45202
PH. 513 721-1311

Private Banking

13-1542
420

55508

55508

ONE THOUSAND THREE HUNDRED SIXTY-FOUR AND 80/100 DOLLARS

DATE
05-08-2019

AMOUNT
$******1,364.80

PAY
TO THE
ORDER
OF:

Elite Reporting Agency, LLC
7733 Beechmont Avenue
Suite 100
Cincinnati, OH  45255

VOID AFTER 90 DAYS

MP

⑈055508⑈ ⑈042015422⑈ 0165108051 7⑈

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1139849       Check Number:
Check Date:May 08/19           $1,364.80

55508

Payee:  Elite Reporting Agency, LLC

| Invoice # | Inv. Date | Client | Matter | | Amount | Inv. Total |
|---|---|---|---|---|---|---|
| 208111 | Apr 19/19 | 4205 | 10082N | Elite Reporting Agency, LLC; INVOICE#: 208111; DATE: 4/19/2019 - Transcripts of the depo | 842.30 | 842.30 |
| 208125 | Apr 25/19 | 4205 | 10082N | Elite Reporting Agency, LLC; INVOICE#: 208125; DATE: 4/25/2019 - Transcripts of the depo | 522.50 | 522.50 |
| | | | | Invoice Totals: | $1,364.80 | $1,364.80 |

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1139849       Check Number:    55508
Check Date:05-08-19

55508

Payee:   Elite Reporting Agency, LLC

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 208111 | Apr 19/19 | | 4205 | 10082N | Elite Reporting Agency, LLC; INVOICE#: 208111; DATE: 4/19/2019 - Transcripts of the depo | 842.30 | 842.30 |
| 208125 | Apr 25/19 | | 4205 | 10082N | Elite Reporting Agency, LLC; INVOICE#: 208125; DATE: 4/25/2019 - Transcripts of the depo | 522.50 | 522.50 |
| | | | | | Invoice Totals: | $1,364.80 | $1,364.80 |



*12964*

*4205-*
*10082*
*TKaelin/CAM1*

7733 Beechmont Avenue, Suite 100
Cincinnati, Ohio 45255
www.elitereportingagency.com
depo@elitereportingagency.com
877.233.4403 (toll free)
513.233.3000 (office)
513.233.2310 (fax)

# INVOICE

Reminger Co. LPA
ATTN: Carrie M. Starts, Esq.
525 Vine Street
Suite 1700
Cincinnati, OH 45202

| | |
|---|---|
| **Invoice Number:** | **208111** |
| Invoice Date: | 04/19/2019 |
| Job Number: | 110912 |

Client Phone: 513.721.1311

In Re: Lisa Britt v Hamilton County, et al
Witness(s): Precious Dugger, Steven Minnich, Curtis Everson
Attendance Date: 04/12/2019, 8:30 a.m.
Reporter: Tracy L. Allen, RPR, RMR

| Qty | Description | Ext |
|---|---|---|
| 29 | Copy as PDF mini (Dugger) | 79.75 |
| 121 | Copy as PDF mini (Minnich) | 332.75 |
| 124 | Copy as PDF mini (Dr. Everson) | 341.00 |
| 60 | Exhibits (b&w/per page) (scanned or paper) (Dugger) | 24.00 |
| 122 | Exhibits (b&w/per page) (scanned or paper) (Minnich) | 48.80 |
| 40 | Exhibits (b&w/per page) (scanned or paper) (Everson) | 16.00 |
| | Invoice Total: | 842.30 |

Check out our updated website at www.elitereportingagency.com.
Schedule online: elitereportingagency.com/scheduling-court-reporting

Payment terms net 30.
https://www.paypal.me/EliteReportingAgency

Visa, Mastercard, and American Express accepted.
30 days past due accounts subject to 1.5% monthly late charge.
We appreciate your business!

Tax ID: 01-0664110
Remit to: Elite Reporting Agency, LLC
7733 Beechmont Avenue, Suite 100
Cincinnati, OH 45255

**PAID**

MAY 08 2019

CK # *55508*

*RWH/KHampton*



(10082N)
Britt v.
Naphcare
Transcript of
Schoonover
and Johansen

7733 Beechmont Avenue, Suite 100
Cincinnati, Ohio 45255
www.elitereportingagency.com
depo@elitereportingagency.com
877.233.4403 (toll free)
513.233.3000 (office)
513.233.2310 (fax)

# INVOICE

Reminger Co. LPA
ATTN: Robert W. Hojnoski, Esq.
525 Vine Street
Suite 1700
Cincinnati, OH 45202

| | |
|---|---|
| **Invoice Number:** | **208125** |
| Invoice Date: | 04/25/2019 |
| Job Number: | 110913 |
| Client Phone: | 513.721.1311 |

In Re: Lisa Britt v Hamilton County, et al
Witness(s): Mark Schoonover, Leland Johansen
Attendance Date: 04/15/2019, 9:00 a.m.
Reporter: Wendy Scott

| Qty | Description | Ext |
|---|---|---|
| 79 | Copy as PDF mini (Chief Mark Schoonover) | 217.25 |
| 111 | Copy as PDF mini (Leland Johansen) | 305.25 |
| | Invoice Total: | 522.50 |

Check out our updated website at www.elitereportingagency.com.
Schedule online: elitereportingagency.com/scheduling-court-reporting

Payment terms net 30.
https://www.paypal.me/EliteReportingAgency

Visa, Mastercard, and American Express accepted.
30 days past due accounts subject to 1.5% monthly late charge.
We appreciate your business!

**PAID**
**MAY 0 8 2019**
CK# 55508

Tax ID: 01-0664110
Remit to: Elite Reporting Agency, LLC
7733 Beechmont Avenue, Suite 100
Cincinnati, OH 45255

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 208125 |
| Invoice Date: | 04/25/2019 |
| Amount Due: | **$522.50** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

  

Cardholder`s Name: _____
Card Number: _____
Exp. Date: _____ Phone: _____
Billing Address: _____
Zip: _____ Security Code: _____
Signature: _____

**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
525 VINE STREET, SUITE 1700
CINCINNATI, OHIO 45202
PH. 513 721-1311



Private Banking

13-1542
420

55585

55585

**THREE HUNDRED SIXTY AND 95/100 DOLLARS**

| DATE | AMOUNT |
|---|---|
| 05-15-2019 | $*******360.95 |

PAY
TO THE
ORDER
OF:

Elite Reporting Agency, LLC
7733 Beechmont Avenue
Suite 100
Cincinnati, OH 45255

**VOID AFTER 90 DAYS**

⑈055585⑈ ⑆042015422⑉ 016510805 17⑈

Security features. Details on back.

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number: 1140552     Check Number:     55585
Check Date: May 15/19     $360.95

Payee: Elite Reporting Agency, LLC

| Invoice # | Inv. Date | Client | Matter | | Amount | Inv. Total |
|---|---|---|---|---|---|---|
| 208103 | Apr 18/19 | 4205 | 10082N | Elite Reporting Agency, LLC; INVOICE#: 208103; DATE: 4/18/2019 - Transcript of the depos | 110.10 | 110.10 |
| 208130 | Apr 26/19 | 4205 | 10082N | Elite Reporting Agency, LLC; INVOICE#: 208130; DATE: 4/26/2019 - Transcripts of the depo | 250.85 | 250.85 |
| | | | | Invoice Totals: | $360.95 | $360.95 |

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number: 1140552     Check Number:     55585
Check Date: 05-15-19

55585

Payee: Elite Reporting Agency, LLC

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 208103 | Apr 18/19 | | 4205 | 10082N | Elite Reporting Agency, LLC; INVOICE#: 208103; DATE: 4/18/2019 - Transcript of the depos | 110.10 | 110.10 |
| 208130 | Apr 26/19 | | 4205 | 10082N | Elite Reporting Agency, LLC; INVOICE#: 208130; DATE: 4/26/2019 - Transcripts of the depo | 250.85 | 250.85 |
| | | | | | Invoice Totals: | $360.95 | $360.95 |


REPORTING AGENCY

7733 Beechmont Avenue, Suite 100
Cincinnati, Ohio 45255
www.elitereportingagency.com
depo@elitereportingagency.com
877.233.4403 (toll free)
513.233.3000 (office)
513.233.2310 (fax)

# INVOICE

Reminger Co. LPA
ATTN: Robert W. Hojnoski, Esq.
525 Vine Street
Suite 1700
Cincinnati, OH  45202

**Invoice Number:** **208130**
Invoice Date: 04/26/2019
Job Number: 110914

Client Phone: 513.721.1311

In Re:  Lisa Britt v Hamilton County, et al
Witness(s): Brian Bucker, William Dossenback
Attendance Date: 04/16/2019, 10:00 a.m.
Reporter: Tracy L. Allen, RPR, RMR

*4025-10082N*
*Britt/Schmidt*

| Qty | Description | Ext |
|---|---|---|
| 29 | Copy as PDF mini (Deputy Brian Bucker) | 79.75 |
| 58 | Copy as PDF mini (Officer William Dossenback) | 159.50 |
| 29 | Exhibits (b&w/per page) (scanned or paper) | 11.60 |

*129 64*

**Invoice Total:** **250.85**

Check out our updated website at www.elitereportingagency.com.
Schedule online: elitereportingagency.com/scheduling-court-reporting

Payment terms net 30.
https://www.paypal.me/EliteReportingAgency

Visa, Mastercard, and American Express accepted.
30 days past due accounts subject to 1.5% monthly late charge.
We appreciate your business!

Tax ID: 01-0664110

Remit to: Elite Reporting Agency, LLC
7733 Beechmont Avenue, Suite 100
Cincinnati, OH 45255

*Please detach bottom portion and return with payment*

**PAID**
MAY 15 2019
CK # 55585

| | |
|---|---|
| Invoice Number: | 208130 |
| Invoice Date: | 04/26/2019 |
| Amount Due: | $250.85 |
| Amount Enclosed: | $ |

**CREDIT CARDS ACCEPTED**
VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone:
Billing Address:
Zip:          Security Code:
Signature:

4205 - 10082
CMS / Trish K.



**REPORTING AGENCY**

7733 Beechmont Avenue, Suite 100
Cincinnati, Ohio 45255
www.elitereportingagency.com
depo@elitereportingagency.com
877.233.4403 (toll free)
513.233.3000 (office)
513.233.2310 (fax)

# INVOICE

Reminger Co. LPA
ATTN: Carrie M. Starts, Esq.
525 Vine Street
Suite 1700
Cincinnati, OH 45202

**Invoice Number:** 208103
**Invoice Date:** 04/18/2019
Job Number: 110911

Client Phone: 513.721.1311

In Re: Lisa Britt v Hamilton County, et al
Witness(s): Deputy David Andre
Attendance Date: 04/11/2019, 9:00 a.m.
Reporter: Tracy L. Allen, RPR, RMR

| Qty | Description | Ext |
|-----|-------------|-----|
| 38 | Copy as PDF mini | 104.50 |
| 14 | Exhibits (b&w/per page) (scanned or paper) | 5.60 |
| | **Invoice Total:** | 110.10 |

Check out our updated website at www.elitereportingagency.com.
Schedule online: elitereportingagency.com/scheduling-court-reporting

Payment terms net 30.
https://www.paypal.me/EliteReportingAgency

Visa, Mastercard, and American Express accepted.
30 days past due accounts subject to 1.5% monthly late charge.
We appreciate your business!

**PAID**
**MAY 15 2019**
CK # 55585

Tax ID: 01-0664110
Remit to: Elite Reporting Agency, LLC
7733 Beechmont Avenue, Suite 100
Cincinnati, OH 45255

*Please detach bottom portion and return with payment*

| | | Cardholder's Name: |
|---|---|---|
| Invoice Number: | 208103 | Card Number: |
| Invoice Date: | 04/18/2019 | Exp. Date: Phone: |
| Amount Due: | $110.10 | Billing Address: |
| Amount Enclosed: | $_____ | Zip: Security Code: |
| **CREDIT CARDS ACCEPTED** | | Signature: |

  

**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
525 VINE STREET, SUITE 1500
CINCINNATI, OHIO 45202
PH. 513 721-1311

**Huntington**
Private Banking

13-1542
420

56922

56922

ONE THOUSAND FOUR HUNDRED FIFTY-EIGHT AND 50/100 DOLLARS

DATE
09-25-2019

AMOUNT
$******1,458.50

PAY
TO THE
ORDER
OF:

**Raymer Reporting, Inc.**
**4224 MONTGOMERY ROAD**
**CINCINNATI, OH 45212**



VOID AFTER 90 DAYS

⑆056922⑆ ⑈042015422⑈ 0165108051 7⑆

---

SSchmidt

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1149462     Check Number:          56922

Check Date:Sep 25/19     $1,458.50

Payee:  Raymer Reporting, Inc.

| Invoice # | Inv. Date | Client | Matter | | Amount | Inv. Total |
|---|---|---|---|---|---|---|
| 6922 | Sep 25/19 | 4205 | 10082N | Raymer Reporting, Inc.; REQUEST# 1149462; DATE: 9/25/2019.  - Transcripts of the depos | 1,458.50 | 1,458.50 |
| | | | | Invoice Totals: | $1,458.50 | $1,458.50 |

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1149462     Check Number:   56922

Check Date:09-25-19     56922

Payee:  Raymer Reporting, Inc.

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 6922 | Sep 25/19 | | 4205 | 10082N | Raymer Reporting, Inc.; REQUEST# 1149462; DATE: 9/25/2019.  - Transcripts of the depos | 1,458.50 | 1,458.50 |
| | | | | | Invoice Totals: | $1,458.50 | $1,458.50 |

0222.ai

Ref. No: G  227601900

# INVOICE



*Raymer Reporting, Inc.*
4224 Montgomery Rd
CINCINNATI, OH 45212
513.832.0498  wendy@raymerreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6922 | 9/22/2019 | 3529 |

| Job Date | Case No. | |
|---|---|---|
| 6/13/2019 | 1:17-CV-724 | |

| Case Name | |
|---|---|
| Lisa Britt, Administratrix of the Estate of Tommy W. Britt, II vs. Hamilton Co. | |

| Payment Terms | |
|---|---|
| Net 30, 1.5% Finance Charge | |

*RWH/Schmidt*
*10082N*

Robert W. Hojnoski, Esq.
Reminger Co., L.P.A.
525 Vine Street
Suite 1500
Cincinnati OH  45202

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | |
|    Tommy Wayne Britt | | 410.80 |
|       Attendance | 3.50 Hours | 210.00 |
| ORIGINAL TRANSCRIPT OF: | | |
|    Lisa Marie Britt | | 556.95 |
|       Attendance | 4.50 Hours | 270.00 |
|       Exhibits - Scanned | 5.00 Pages | 1.75 |
|       Shipping and Handling | | 9.00 |
| | **TOTAL DUE  >>>** | **$1,458.50** |

7/12/19 ORIGINAL TRANSCRIPTS EMAILED
8/9/19 EXECUTED SIGNATURE PAGES RECEIVED
9/23/19 ORIGINAL EXHIBITS SENT VIA PRIORITY USPS

It has been a pleasure working with you!

**PAID**
SEP 2 5 2019
CK # 56922

**Tax ID:** 27-1003063

Phone: (513) 721-1311   Fax:

---

*Please detach bottom portion and return with payment.*

Robert W. Hojnoski, Esq.
Reminger Co., L.P.A.
525 Vine Street
Suite 1500
Cincinnati OH  45202

| | | |
|---|---|---|
| Invoice No. | : | 6922 |
| Invoice Date | : | 9/22/2019 |
| **Total Due** | : | **$1,458.50** |

| | | |
|---|---|---|
| Remit To: | **Raymer Reporting, Inc.** | |
| | **4224 Montgomery Road** | |
| | **Cincinnati OH  45212** | |

| | | |
|---|---|---|
| Job No. | : | 3529 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:17-CV-724 |
| Case Name | : | Lisa Britt, Administratrix of the Estate of Tommy W. Britt, II vs. Hamilton Co. |

**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
525 VINE STREET, SUITE 1500
CINCINNATI, OHIO 45202
PH. 513 721-1311

**Huntington**
Private Banking

13-1542
420

**57621**

**057621**

FOUR THOUSAND EIGHT HUNDRED AND 00/100 DOLLARS

| DATE | AMOUNT |
|---|---|
| 12-04-2019 | $******4,800.00 |

PAY
TO THE
ORDER
OF:

David M. Mathis MD LLC / dba PrisonMDexpert
David M. Mathis MD LLC / dba PrisonMDexpert
4107 Casper Way
Napa, CA  94558-6159

VOID AFTER 90 DAYS

⑈057621⑈ ⑈042015422⑈ 0165108051⑈⑈

---

SSchmidt
**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202     Request Number:1154659     Check Number:     **057621**
Check Date:Dec 04/19     $4,800.00

Payee:  David M. Mathis MD LLC / dba F

| Invoice # | Inv. Date | | Client | Matter | | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 12042019 | Dec 04/19 | | 4205 | 10082N | David M. Mathis MD LLC / dba PrisonMDexpert; REQUEST#: 1154659; DATE: 12/4/2019. - | 4,800.00 | 4,800.00 |
| | | | | | Invoice Totals: | $4,800.00 | $4,800.00 |

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202     Request Number:1154659     Check Number:     **057621**
Check Date:12-04-19

Payee:  David M. Mathis MD LLC / dba PrisonMDexpert

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 12042019 | Dec 04/19 | | 4205 | 10082N | David M. Mathis MD LLC / dba PrisonMDexpert; REQUEST#: 1154659; DATE: 12/4/2019. - | 4,800.00 | 4,800.00 |
| | | | | | Invoice Totals: | $4,800.00 | $4,800.00 |

*RWH /SSchmidt*
*10082N*

# RETENTION AGREEMENT AND SERVICES CONTRACT

THIS RETENTION AGREEMENT AND SERVICES CONTRACT ("Contract") is made at Napa, California, on the date below, by and between David M Mathis, MD LLC ("DMM LLC") of 4107 Casper Way, Napa, CA 94558, and:

**Robert Hojnoski/Reminger Attorneys at Law**
**513 Vine Street, Suite 1500**
**Cincinnati, OH 45202**

**PAID**

**DEC 0 4 2019**

**CK # 57621**

("Client"). DMM LLC specifies herein that any Firm or Attorney signing this Contract must be acting on behalf of Client, and must have authority from Client to retain DMM LLC, and any Expert operating under the direction of DMM LLC, subject to the terms of this Contract. By signing this Contract, any Firm or Attorney specifically acknowledges that such authority is possessed. If Firm or Attorney enters into this Contract without authority from Client to do so, then Firm or Attorney shall be responsible for any fees or expenses incurred by DMM LLC relative to this Contract, and shall become the *de facto* "Client" under this agreement.

## I. SERVICES

Pursuant to the terms of this Contract, Client herein agrees to retain DMM LLC, and any Expert operating through DMM LLC, for certain services, including service as an expert witness in litigation to review and analyze medical records and reports, pleadings, and other pre-litigation or litigation documents; to assess the opinions and testimony of other experts in said litigation; to provide expert opinions related to that subject matter; and to provide testimony as required related to that subject matter. DMM LLC hereby agrees to render expert witness services to Client to include, but not be limited to, case evaluation, consulting, and such other services as may reasonably be requested by the Client and agreed to by DMM LLC, subject to the following terms and conditions:

(1) **Compensation.** Services shall be rendered subject to the Compensation and Billing Policy outlined in Section II. The obligation of DMM LLC to provide services shall not be continuing in nature, and requests by Client for any services beyond services previously completed by DMM LLC and compensated by Client will be provided at the discretion of DMM LLC.

(2) **Time and Place.** Services shall be rendered at such times and places as Client may request, subject to DMM LLC's approval.

(3) **Status.** Services shall be rendered by DMM LLC as an independent contractor. At no time shall DMM LLC, or any agent thereof, be considered the employee, agent, or servant of Client. Client shall have no authority to and shall not bind or obligate DMM LLC in any manner whatsoever. Client shall not make any representations with respect to DMM LLC, except as DMM LLC may specifically authorize.

(4) **Confidentiality.** All information acquired as a result of this Contract shall be considered privileged and confidential and shall not be disclosed except with permission of Client.

(5) **Assumption of Responsibility.** Client agrees that DMM LLC, in performing its functions in accordance with its objectives and purposes, does not assume or undertake to discharge any responsibility of Client to any other party or parties. Its functions in accordance with its objectives and purposes, does not assume or undertake to discharge any responsibility of Client to any other party or parties.

(6) **Effectiveness.** This Contract shall become effective upon execution by Client and DMM LLC, and may be terminated by either party by written notice to the other.

(7) **Scope of Services.** Services performed by DMM LLC or any agent thereof will be within its, his, or her area(s) of expertise, and Client, Firm, and/or Attorney are obligated to define the scope of services to be performed. Should Client, Firm, and/or Attorney choose not to define the specific scope of services to be performed, then it will be understood that DMM LLC will provide services in accordance with its understanding of the directives of the Client, Firm, and/or Attorney. However, DMM LLC retains the right to exercise its independent judgment in formulating opinions relevant to the assignment.

## II. COMPENSATION & BILLING POLICY

It is the policy of DMM LLC to render expert services through a billable-hour fee arrangement, and testimonial services through a flat-fee arrangement. Client, Firm, and/or Attorney are encouraged to discuss financial parameters, including budgetary issues, expected costs, or limitations on expenditures, prior to entering into this Contract. If financial parameters are not defined by Client, Firm, and/or Attorney prior to work being commenced by DMM LLC, then it will be presumed that any work performed by DMM LLC and/or its agents pursuant to this Contract is specifically authorized and that full compensation will be provided to DMM LLC.

(1) **Compensation.** The Compensation to DMM LLC shall be as follows:

| | |
|---|---|
| *Expert Consulting (Including Travel Time):* | *$600.00/hour* |
| *Paralegal Case Management, Report Assistance:* | *$120.00/hour* |
| *Deposition Testimony Flat-Fee (Up to Four Hours):* | *$3,000.00* |
| *Deposition Testimony Flat-Fee (More than Four Hours):* | *$6,000.00* |
| *Trial Testimony (Any Portion of a Day):* | *$6,000.00* |

DMM LLC requires that **testimonial services be paid in advance** through payment of appropriate fee amount, as identified herein. Payment **must be received per Payment Terms (7)** at least ten (10) days prior to the scheduled testimonial event. Client agrees that DMM LLC will be under no contractual obligation to reserve attendance time or appear to testify unless DMM LLC has received such payment with said timeframe. Client further acknowledges that should payment not be received at least ten (10) days prior to the scheduled testimonial event, DMM LLC has the express right to postpone Expert's testimony until at least ten (10) days after payment has been received.

For any scheduled testimonial event that is cancelled within (5) business days of the event, any pre-paid testimonial fees will be held by DMM LLC until such time as the testimonial event is completed, at which time the fees will be considered earned fees. If a scheduled testimonial event is cancelled and is not thereafter completed, DMM LLC will retain fifty percent (50%) of the pre-paid testimonial fee, and the balance will be returned to Client within thirty (30) days.

(2) **Statements and Delinquencies.** DMM LLC shall submit a statement to Client each month in which DMM LLC or its agents renders services hereunder. Balances owed by Client are due within thirty (30) days of statement issuance. Any balances owed more than sixty (60) days after statement issuance are subject to an interest charge of 5.0% per month (or any portion thereof). If Client fails to pay the complete balance owed on any invoice, including any accrued interest charges, within one hundred (100) days of issuance, DMM LLC and/or any Expert operating through DMM LLC has the right to withdraw from the case and/or assignment, and to disclose that withdrawal to any party and/or tribunal involved in the matter.

Delinquent accounts may be turned over for professional collection, whether through collection service, demand for arbitration, litigation, or otherwise as determined by DMM LLC. The costs of collection, including any legal fees or expenses associated, will be the responsibility of Client, will be added to Client's balance, and will be subject to the monthly service charge.

(3) **Overnight Stays.** For any work performed by DMM LLC outside of Napa, California, which requires an overnight stay, a minimum of eight (8) hours will be billed to Client, regardless of actual time incurred.

(4)   **Billing Segments.**  All time will be billed in segments of tenths (1/10) of the hour (e.g., 1.3 hours), and any portion of segment utilized will be billed as if the entire segment has been utilized.

(5)   **Overhead and Costs.**  Secretarial time, equipment usage, or other office expenses are considered overhead costs absorbed by DMM LLC.  All travel expense (e.g., airfare, car rental, lodging, etc.) will be borne by DMM LLC, without cost to Client, subject to negotiated exceptions agreed to in advance by Client.

(6)   **Retainers.**  Client agrees that DMM LLC requires a non-refundable retainer of **$4,800.00** for an initial consultation on any matter. Thereafter, DMM LLC may require, at its discretion, the payment of an advance retainer to conduct further work on any given project. Preparation time will be billed against said retainer, and any balance due following the testimonial event will be billed to Client for payment within thirty (30) days.

(7)   **Payment Terms.**  All payments under this Agreement, unless otherwise authorized, are to be directly deposited to the following account:

> **David M Mathis, MD LLC**
> **Navy Federal Credit Union Tel: (888) 842-6328**
> **Routing #:**    **256074974**
> **Account #:**    **7065109816**

(8)   **Taxpayer Identification Number.**  The federal Taxpayer Identification Number for DMM LLC is: EIN 82-4044985.

(9)   **Withdrawal.**  DMM LLC reserves the right to suspend work or, or withdraw from, any project in which payment is past due.  In such instances, DMM LLC reserves the right to pursue payment for services rendered prior to withdrawal, as outlined in this Agreement.

(10)   **Miscellaneous.**  Each party agrees that it may not assign its interest, rights or duties under this Contract to any other person or entity without the other party's prior approval. Expert or DMM LLC, are under no duty to work for successor law firms on any matter.  The performance of this contract by either party is subject to acts of God, death, disability, government authority, disaster or other emergencies, any of which make it illegal or impossible to carry out the agreement.  This Contract may be terminated for any one or more of such reasons by written notice from one party to the other without liability.  If either party agrees to waive its right to enforce any term of this Contract, it does not waive its right to enforce any other terms of this Contract.

### III.  <u>PARTICIPATION AGREEMENT</u>

(1)   **Participation.**  Client acknowledges that the full participation in any matter for which Expert and/or DMM LLC, is retained is crucial for a successful outcome.  Clients agrees that said participation shall include, but not be limited to, DMM LLC's review of all Responses to Interrogatories or Requests for Production as requested by DMM LLC; motions filed; expert designations; medical records; contracts; pleadings or any other documentation which reference or summarize Expert's qualifications, methodology, opinion(s), or anticipated testimony.  Client further agrees that Firm or Attorney shall make themselves available to Expert as may be reasonably required by Expert for consultation and testimony preparation.

(2)   **Expert Preclusion Effort.**  Client agrees to advise DMM LLC immediately upon the filing of any motion to exclude, motion to preclude, motion *in limine*, motion related to F.R.E. 702 or any similar state evidentiary rule, or any *Frye-* or *Daubert*-style motion challenging Expert, DMM LLC, or any agent thereof.  Client will advise DMM LLC as to all deadlines related to any written opposition to any motion or any hearing related to any challenge.  Any failure by Client to advise DMM LLC of the filing of such a motion at least ten (10) days prior to the deadline for the filing of a response to such a motion shall be considered a material breach of this Contract, and DMM LLC will have the express right to terminate this Contract in the event of such a

breach.  Client further agrees to invite DMM LLC's assistance and participation in developing any written opposition to any such written motion.

(3)     **Decision or Ruling**.  Client agrees to advise DMM LLC any decision or ruling on any such motion, and to provide DMM LLC a copy of said decision if a written decision is issued.

(4)     **Notification**.  Client acknowledges that prompt notification of Expert and/or DMM LLC, is necessary for DMM LLC to provide an appropriate level of service to Client.  Client hereby agrees that Firm and/or Attorney shall provide prompt and timely notification of all deadlines, scheduled dates, and locations for testimonial events; of any time limitations or restrictions placed on Expert's or DMM LLC's work; and of any resolution or settlement of a matter in which Expert has been involved.


The below-signed companies and/or individuals have read and agreed to the terms and conditions of this Contract and agree to its execution effective on the date of signature.

Signature:                                             Signature:


| Name: | David M Mathis, MD | Name: | |
| Title: | Owner | Title: | |
| Date: | November 26, 2019 | Date: | |
| For: | David M Mathis, MD, LLC | For: | |

THIS CHECK IS PROTECTED BY A VOID PANTOGRAPH, MICROPRINT SIGNATURE LINE AND A HEAT SENSITIVE PADLOCK ICON. ADDITIONAL SECURITY FEATURES ARE LISTED ON BACK.

**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
525 VINE STREET, SUITE 1500
CINCINNATI, OHIO 45202
PH. 513 721-1311

**Huntington**
Private Banking

13-1542
420

**57976**

057976

THREE THOUSAND ONE HUNDRED FIFTY AND 00/100 DOLLARS

| | DATE | AMOUNT |
|---|---|---|
| | 01-09-2020 | $******3,150.00 |

PAY
TO THE
ORDER
OF:

Michael A. McIlroy, MD, FACP
St. John Professional Building #1
22151 Moross Road, Suite G-33
Detroit, MI 48236

VOID AFTER 90 DAYS

⑆057976⑆ ⑈042015422⑈ 0165108051⑇

---

TKaelin
**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1156882    Check Number:    057976
Check Date:Jan 09/20    $3,150.00

Payee: Michael A. McIlroy, MD, FACP

| Invoice # | Inv. Date | Client | Matter | | Amount | Inv. Total |
|---|---|---|---|---|---|---|
| 12232019 | Jan 09/20 | 4205 | 10082N | Michael A. McIlroy, MD, FACP; REQUEST#: 1156882; DATE: 1/9/2020. - Fee for profession | 3,150.00 | 3,150.00 |
| | | | | Invoice Totals: | $3,150.00 | $3,150.00 |

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1156882    Check Number:    57976 057976
Check Date:01-09-20

Payee: Michael A. McIlroy, MD, FACP

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 12232019 | Jan 09/20 | | 4205 | 10082N | Michael A. McIlroy, MD, FACP; REQUEST#: 1156882; DATE: 1/9/2020. - Fee for profession | 3,150.00 | 3,150.00 |
| | | | | | Invoice Totals: | $3,150.00 | $3,150.00 |

**MICHAEL A. McILROY, M.D., F.A.C.P.**

PRACTICE OF INTERNAL MEDICINE AND INFECTIOUS DISEASES

ST. JOHN PROFESSIONAL BUILDING #1

22151 MOROSS ROAD, SUITE G-33

DETROIT, MICHIGAN 48236

———

December 23, 2019          TELEPHONE 313-343-4050

FAX 313-885-2110

*CAM/TKaelin*

*4205-10082N*

**Tax ID #:  38 288 4008**

**Invoice No.: 12232019**

*20 851*

Ms. Carrie M. Starts

Reminger, Co., L.P.A.

525 Vine Street - Suite 1500

Cincinnati

Ohio          45202 - 3123

> **Re:  Estate of Tommy Britt v. Naphcare, Inc., et al.**
> **United States Southern District of Ohio, Western Division**
> **Case No.: 17 - CV - 724**
> **Your File No.: 10082N**

Dear Ms. Starts,

Thank you for asking me to review the above referenced case as an expert in Infectious Diseases. It was a pleasure to discuss this case with you on December 20, 2019. I sincerely hope my input will be helpful in the defense of your client.

The fee for my review of the documents and records, preparation and our meeting is **$3,150.00.** This is based on the following:

| | | | |
|---|---|---|---|
| 1. | Review of Complaint, Death Certificate and External Autopsy report | 1.4 hours | 11/18/19 12/13/19 |
| 2. | Review of Naphcare, Inc. Medical records | 1.3 hours | 11/20/19 12/14/19 |

PAID

JAN 09 2020

CK # *57976*

| | | |
|---|---|---|
| 3. Review of Cincinnati Medical<br>   Center Medical records | 3.5 hours | 11/22/19<br>11/23/19<br>12/15/19 |
| 4. Review of Cincinnati Medial<br>   Center Radiology Studies | 1.2 hours | 11/24/19<br>12/16/19 |
| 5. Pre-meeting preparation<br>   & meeting of  12/20/19 | 1.6 hours | 12/18/19<br>12/20/19 |
| | _____<br>9.0 hours | |

Please send payment to the above address. I look forward to working with you further on this case.

Sincerely,

Michael A. McIlroy, M.D., F.A.C.P.
Diplomat – American Board of Infectious Diseases
Clinical Associate Professor – Wayne State University
School of Medicine

MICHAEL A. McILROY, M.D., F.A.C.P.
PRACTICE OF INTERNAL MEDICINE AND INFECTIOUS DISEASES
ST. JOHN PROFESSIONAL BUILDING #1
22151 MOROSS ROAD, SUITE G-33
DETROIT, MICHIGAN 48236
—

Tax ID #: 38 288 4008

TELEPHONE 313-343-4050
FAX 313-885-2110

Signature & date   12/2019

**Board certifications: Internal Medicine: 1985 & Infectious Diseases: 1988**

* * * * * * * * * * * * * * * * * * * * * * **FEE SCHEDULE** * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **Hourly rate:** review of records, depositions, documents & articles; writing medical opinions, research, preparation for meetings depositions and trial | - - - - - | $350.00 |
| **Deposition fee:** [2 hr minimum & pre-payment is due 2 wks prior to deposition] | | |
| 1st hour | - - - - - | $1,000.00 |
| each additional ½ hour | - - - - - | $200.00 |
| cancellation fee: [if cancelled within 7 days of scheduled date] | - - - - - | $800.00 |
| **Court [trial] appearance fee:** | - - - - - | $2,500.00 [½ day] |
| cancellation fee: [if cancelled within 7 days of scheduled date] | - - - - - | $1,000.00 |
| **Misc fees:** travel; phone & email correspondences [hourly] | - - - - - | $350.00 |
| **File closure** with shredding of the records & documents [HIPAA compliant] | - - - - - | $300.00 |
| **Printing:** records that come by CD disc or flash drive will be printed at Fed Ex | - - - - - | cost as per copy service |

[ **hard copies of records preferred** ]

no cost for emailing depositions
(please **do not email records**)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Draft **payable to Michael A. McIlroy, MD, FACP**          Revised: January 2018

**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
525 VINE STREET, SUITE 1500
CINCINNATI, OHIO 45202
PH. 513 721-1311

**Huntington**
Private Banking

13-1542
420

**58222**

058222

**THREE THOUSAND FIVE HUNDRED SIXTY-FOUR AND 00/100 DOLLARS**

| | DATE | AMOUNT |
|---|---|---|
| | 02-05-2020 | $******3,564.00 |

PAY
TO THE
ORDER
OF:

**David M. Mathis MD LLC / dba PrisonMDexpert**
**David M. Mathis MD LLC / dba PrisonMDexpert**
**4107 Casper Way**
**Napa, CA  94558-6159**

_Stephanie M Henry_

VOID AFTER 90 DAYS

⑈058222⑈ ⑆042015422⑆ 0165108051⑈

---

SSchmidt

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1158838          Check Number:          058222

Check Date:Feb 05/20          $3,564.00

Payee:  David M. Mathis MD LLC / dba F

| Invoice # | Inv. Date | | Client | Matter | | | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|---|
| 17373 | Feb 05/20 | | 4205 | 10082N | David M. Mathis MD LLC / dba PrisonMDexpert; REQUEST#: 1158838; DATE: 2/5/2020. - | | 3,564.00 | 3,564.00 |
| | | | | | | Invoice Totals: | $3,564.00 | $3,564.00 |

---

**REMINGER CO., L.P.A.** • CINCINNATI, OHIO 45202

Request Number:1158838          Check Number:          58222     058222

Check Date:02-05-20

Payee:  David M. Mathis MD LLC / dba PrisonMDexpert

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|---|
| 17373 | Feb 05/20 | | 4205 | 10082N | David M. Mathis MD LLC / dba PrisonMDexpert; REQUEST#: 1158838; DATE: 2/5/2020. - | | 3,564.00 | 3,564.00 |
| | | | | | | Invoice Totals: | $3,564.00 | $3,564.00 |

**David Mathis**
4107 Casper Way
Napa, CA 94558
United States
703-431-7586

David Mathis

**Sarah Schmidt**
525 Vine Street
Suite 1500
Cincinnati, OH 45202
United States

| | |
|---|---|
| **Balance** | $3,564.00 |
| **Invoice #** | 17373 |
| **Invoice Date** | December 31, 2019 |
| **Payment Terms** | Net 30 |
| **Due Date** | January 30, 2020 |

## Britt vs Naphcare

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 12/23/2019 | DMM | Review | | $600.00 | 2.4 | $1,440.00 |
| 12/24/2019 | DMM | Review | reviewing and marking up Mendel opinion | $600.00 | 1.7 | $1,020.00 |
| 12/31/2019 | DMM | Telephone conversation | Prep for t/c w/ RH, review Moore & Everson summaries | $600.00 | 1.2 | $720.00 |
| | | | | Totals: | 5.3 | $3,180.00 |

### Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 12/23/2019 | s@e | ex-serve services | Paralegal Services | $120.00 | 3.2 | $384.00 |
| | | | | | Expense Total: | $384.00 |

**Terms & Conditions:**

***Direct Deposit Information***
David M. Mathis, MD LLC
Navy Federal Credit Union
Routing Number: 256074974
Account #7065109816
PHONE 1-888-842-6328

| | |
|---|---|
| Time Entry Sub-Total: | $3,180.00 |
| Expense Sub-Total: | $384.00 |
| **Sub-Total:** | $3,564.00 |
| **Total:** | $3,564.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | $3,564.00 |

PAID

FEB 05 2020

CK # 58222

**David Mathis**
4107 Casper Way
Napa, CA 94558
United States
703-431-7586

# David Mathis

**Sarah Schmidt - Paralegal**
525 Vine Street
Suite 1500
Cincinnati, OH 45202
United States

| | |
|---|---|
| **Balance** | $4,728.00 |
| **Invoice #** | 17401 |
| **Invoice Date** | February 29, 2020 |
| **Payment Terms** | Net 30 |
| **Due Date** | March 30, 2020 |

**PAID**

**Britt vs Naphcare**   *4265-10082N*

*APR 2 1 2020*

*CK # 28229*
*(2 Invoices)*

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 02/08/2020 | DMM | Report Preparation | Proofing final Word draft for changes. To paralegal for those changes and conversion to a locked, signed printable version as well as the digital version with inclusion of the footnoted pages. | $600.00 | 1.1 | $660.00 |
| | | | | Totals: | 1.1 | $660.00 |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 02/03/2020 | s@e | ex-serve services | Paralegal Services | $120.00 | 0.3 | $36.00 |
| 02/04/2020 | s@e | ex-serve services | Paralegal Services | $120.00 | 6.5 | $780.00 |
| 02/05/2020 | s@e | ex-serve services | Paralegal Services | $120.00 | 7.5 | $900.00 |
| 02/06/2020 | s@e | ex-serve services | Paralegal Services | $120.00 | 7.8 | $936.00 |
| 02/10/2020 | s@e | ex-serve services | Paralegal Services | $120.00 | 10.8 | $1,296.00 |
| 02/12/2020 | s@e | ex-serve services | Paralegal Services | $120.00 | 1.0 | $120.00 |
| | | | | | Expense Total: | $4,068.00 |

**Terms & Conditions:**

\*\*\*Direct Deposit Information\*\*\*
David M. Mathis, MD LLC
Navy Federal Credit Union
Routing Number: 256074974
Account #7065109816
PHONE 1-888-842-6328

| | |
|---|---|
| Time Entry Sub-Total: | $660.00 |
| Expense Sub-Total: | $4,068.00 |
| **Sub-Total:** | **$4,728.00** |
| **Total:** | $4,728.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$4,728.00** |

**David Mathis**
4107 Casper Way
Napa, CA 94558
United States
703-431-7586

# David Mathis

**Sarah Schmidt - Paralegal**
525 Vine Street
Suite 1500
Cincinnati, OH 45202
United States

| | |
|---|---|
| **Balance** | $15,924.00 |
| **Invoice #** | 17393 |
| **Invoice Date** | February 1, 2020 |
| **Payment Terms** | Net 30 |
| **Due Date** | March 02, 2020 |

**Britt vs Naphcare** 4205-10082N

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 01/01/2020 | DMM | Review | Reviewing Everson, Kilday, Moore, considering NCCHC and NaphCare Policies applicable to this matter | $600.00 | 3.2 | $1,920.00 |
| 01/03/2020 | DMM | Review | | $600.00 | 1.5 | $900.00 |
| 01/07/2020 | DMM | Review | Complete initial review of Defendants' depositions | $600.00 | 2.5 | $1,500.00 |
| 01/08/2020 | DMM | Review | | $600.00 | 0.6 | $360.00 |
| 01/09/2020 | DMM | Review | Complete review of Policies, Procedures | $600.00 | 0.5 | $300.00 |
| 01/10/2020 | DMM | Report Preparation | Constructing pertinent past medical history summary | $600.00 | 2.0 | $1,200.00 |
| 01/11/2020 | DMM | Report Preparation | | $600.00 | 1.8 | $1,080.00 |
| 01/12/2020 | DMM | Report Preparation | | $600.00 | 1.8 | $1,080.00 |
| 01/13/2020 | DMM | Report Preparation | | $600.00 | 1.9 | $1,140.00 |
| 01/14/2020 | DMM | Report Preparation | | $600.00 | 1.5 | $900.00 |
| 01/15/2020 | DMM | Telephone conversation | t/c w/ RH, add a couple of suggestions to the report, forward the latest version to RJ and await reply | $600.00 | 0.5 | $300.00 |
| 01/18/2020 | DMM | Review | Attempting to bookmark Lisa Britt dep. there's a problem with the signature. Emailed Sara to get a different copy. | $600.00 | 0.1 | $60.00 |
| 01/21/2020 | DMM | Review | Review, organize Lisa Britt Dep | $600.00 | 2.0 | $1,200.00 |
| 02/01/2020 | DMM | Report Preparation | | $600.00 | 2.6 | $1,560.00 |
| 02/02/2020 | DMM | Report Preparation | Editing, proofing the Draft Britt report. | $600.00 | 2.9 | $1,740.00 |
| | | | | Totals: | 25.4 | $15,240.00 |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|------|-----|----------|-------------|------|----------|------------|
| 01/13/2020 | s@e | ex-serve services | Paralegal Services | $120.00 | 2.6 | $312.00 |
| 02/14/2020 | s@e | ex-serve services | Paralegal Services | $120.00 | 3.1 | $372.00 |

Expense Total: **$684.00**

**Terms & Conditions:**

***Direct Deposit Information***
David M. Mathis, MD LLC
Navy Federal Credit Union
Routing Number: 256074974
Account #7065109816
PHONE 1-888-842-6328

| | |
|---|---|
| Time Entry Sub-Total: | $15,240.00 |
| Expense Sub-Total: | $684.00 |
| **Sub-Total:** | $15,924.00 |
| **Total:** | $15,924.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$15,924.00** |

**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
101 WEST PROSPECT AVE., STE. 1400
CLEVELAND, OHIO 44115-1093
PH. 216-687-1311

**Huntington**
Private Banking

0-15
410

28229

**28229**

## TWENTY THOUSAND SIX HUNDRED FIFTY-TWO AND 00/100 DOLLARS

DATE
04-21-2020

AMOUNT
$*****20,652.00

PAY TO THE ORDER OF.

**David M. Mathis MD LLC / dba PrisonMDexpert**
**David M. Mathis MD LLC / dba PrisonMDexpert**
**4107 Casper Way**
**Napa, CA  94558-6159**

*Stell—*

VOID AFTER 90 DAYS

⑈028229⑈ ⑆041000153⑆ 016620210799⑈

---

REMINGER CO., L.P.A. • CLEVELAND, OHIO 44115-1093

Request Number:1163708

Check Number:
28229

Check Date:Apr 21/20
$20,652.00

Payee:  David M. Mathis MD LLC / dba F

| Invoice # | Inv. Date | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|
| 17393 | Feb 01/20 | 4205 | 10082N | David M. Mathis; Expert Review and Services, INVOICE#: 17393 | 15,924.00 | 15,924.00 |
| 17401 | Feb 29/20 | 4205 | 10082N | David M. Mathis; Expert Review and Services, INVOICE#: 17401 | 4,728.00 | 4,728.00 |
| | | | | Invoice Totals: | $20,652.00 | $20,652.00 |

---

REMINGER CO., L.P.A. ◦ CLEVELAND, OHIO 44115-1093

Request Number:1163708

Check Number: 28229

Check Date:04-21-20

28229

Payee:  David M. Mathis MD LLC / dba PrisonMDexpert

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 17393 | Feb 01/20 | | 4205 | 10082N | David M. Mathis; Expert Review and Services; INVOICE#: 17393 | 15,924.00 | 15,924.00 |
| 17401 | Feb 29/20 | | 4205 | 10082N | David M. Mathis; Expert Review and Services; INVOICE#: 17401 | 4,728.00 | 4,728.00 |
| | | | | | Invoice Totals: | $20,652.00 | $20,652.00 |

THIS CHECK IS PROTECTED BY A VOID PANTOGRAPH, MICROPRINT SIGNATURE LINE AND A HEAT SENSITIVE PADLOCK ICON. ADDITIONAL SECURITY FEATURES ARE LISTED ON BACK.

**REMINGER CO., L.P.A.**
ATTORNEYS AT LAW
525 VINE STREET, SUITE 1500
CINCINNATI, OHIO 45202
PH. 513 721-1311


**Huntington**
Private Banking
13-1542
420
**58968**

058968

**THREE THOUSAND FOUR HUNDRED THIRTY AND 00/100 DOLLARS**

| DATE | AMOUNT |
|---|---|
| 04-22-2020 | $******3,430.00 |

Michael A. McIlroy, MD, FACP
St. John Professional Building #1
22151 Moross Road, Suite G-33
Detroit, MI  48236

*Stephanie M Henry*

VOID AFTER 90 DAYS

⑈058968⑈ ⑆042015422⑆ 0165108051 7⑈

---

TKaelin
REMINGER CO., L.P.A. • CINCINNATI, OHIO 45202

Request Number:1163734     Check Number:      058968
Check Date:Apr 22/20        $3,430.00

Payee:  Michael A. McIlroy, MD, FACP

| Invoice # | Inv. Date | Client | Matter | | Amount | Inv. Total |
|---|---|---|---|---|---|---|
| 1202020 | Apr 22/20 | 4205 | 10082N | Michael A. McIlroy, MD, FACP; REQUEST#: 1163734; DATE: 4/22/2020.  - Fee for additiona | 3,430.00 | 3,430.00 |
| | | | | Invoice Totals: | $3,430.00 | $3,430.00 |

---

REMINGER CO., L.P.A. • CINCINNATI, OHIO 45202

Request Number:1163734     Check Number:      58968  058968
Check Date:04-22-20

Payee:  Michael A. McIlroy, MD, FACP

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 1202020 | Apr 22/20 | | 4205 | 10082N | Michael A. McIlroy, MD, FACP; REQUEST#: 1163734; DATE: 4/22/2020.  - Fee for additiona | 3,430.00 | 3,430.00 |
| | | | | | Invoice Totals: | $3,430.00 | $3,430.00 |

MICHAEL A. McILROY, M.D., F.A.C.P.
PRACTICE OF INTERNAL MEDICINE AND INFECTIOUS DISEASES
ST. JOHN PROFESSIONAL BUILDING #1
22151 MOROSS ROAD, SUITE G-33
DETROIT, MICHIGAN 48236
—

January 20, 2020

TELEPHONE 313-343-4050
FAX 313-885-2110

**Tax ID #:  38 288 4008**
**Invoice No.:   1202020**

Ms. Carrie M. Starts
Reminger, Co., L.P.A.
525 Vine Street - Suite 1500
Cincinnati
Ohio           45202 - 3123

Re:  **Estate of Tommy Britt v. Naphcare, Inc., et al.**
     **United States Southern District of Ohio, Western Division**
     **Case No.: 17 - CV - 724**
     **Your File No.: 10082N**

Dear Ms. Starts,

Thank you for asking me to serve as an expert in Infectious Diseases regarding this case. Enclosed, please find my expert report. I sincerely hope my insight will be helpful in the defense of your client. The fee for my review of the additional records send to me by flash drive on December 26, 2019 and the report of Dr. Lawrence Mendel and for writing my report is **$3,430.00**. This is based on the following:

| | | | |
|---|---|---|---|
| 1. | Review the of additional University of Cincinnati records and the report of Dr. Lawrence Mendel | 3.2 hours | 1/08/20<br>1/12/20<br>1/13/20 |
| 2. | Writing my report | 6.6 hours | 1/14/20<br>1/15/20<br>1/16/20<br>1/17/20<br>1/18/20<br>1/19/20 |
| | | _____<br>9.8 hours | |

Please send payment to the above address.

Sincerely,

Michael A. McIlroy, M.D., F.A.C.P.
Diplomat – American Board of Infectious Diseases

MICHAEL A. McILROY, M.D., F.A.C.P.
PRACTICE OF INTERNAL MEDICINE AND INFECTIOUS DISEASES
ST. JOHN PROFESSIONAL BUILDING #1
22151 MOROSS ROAD, SUITE G-33
DETROIT, MICHIGAN 48236

Tax ID #: 38 288 4008

TELEPHONE 313·343·4050
FAX 313·885·2110

Signature & date    4/2020

Board certifications: <u>Internal Medicine</u>: 1985 & <u>Infectious Diseases</u>: 1988

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **FEE SCHEDULE** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>Hourly rate</u>: review of records, depositions,          - - - - -    $350.00
  documents & articles; writing medical
  opinions, research, preparation for meetings
  depositions and trial

<u>Deposition fee</u>:  [2 hr minimum & pre-payment is
          due 2 wks prior to deposition]
    1st hour                                     - - - - -    $1,000.00

    each additional ½ hour                       - - - - -    $200.00

    cancellation fee: [if cancelled              - - - - -    $800.00
    within 7 days of scheduled date]

<u>Court [trial] appearance fee</u>:                 - - - - -    $2,500.00 [½ day]

    cancellation fee: [if cancelled              - - - - -    $1,000.00
    within 7 days of scheduled date]

<u>Misc fees</u>: travel; phone & email               - - - - -    $350.00
  correspondences [hourly]

<u>File closure</u> with shredding of the records     - - - - -    $300.00
  & documents [HIPAA compliant]

<u>Printing</u>: records that come by CD disc or      - - - - -    cost as per copy
  flash drive will be printed at Fed Ex                         service

  [ <u>hard copies of records preferred</u> ]

  no cost for emailing depositions
  (please <u>do not email records</u>)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Draft <u>payable to Michael A. McIlroy, MD, FACP</u>          Revised: <u>January  2018</u>

 **Cleveland Clinic**

Mark J. Botham, **M.D.**
Thoracic & Cardiovascular Surgery

April 11, 2021

Sarah Schmidt
Reminger Co., LPA
525 Vine Street, Suite 1500
Cincinnati, Oh 45202

RE: E/O Tommy Britt, Jr. v Naphcare., et al

Dear Ms. Schmidt,

Thank you for advising me that the above noted case has resulted in a court directed Motion of Summary Judgement. As such, I have included for your review a summary of my time rendered during the evaluation of this case:

| | | |
|---|---|---|
| 1) | Phone consult Carrie Starts 1/31/2020 | ¼ hr @ $500/hr - $125 |
| 2) | Review medical records including complaint, Autopsy, death certificate, expert report | 5 hrs @ $300/hr - $1500 |
| 3) | Generation of report | 2 ½ hr @ $300/hr - $750 |
| 4) | Edit report | ½ hr @ $300/hr - $150 |
| 5) | Phone consult re report 2/17/2020 | ¼ hr @ $500/hr - $125 |
| 6) | Review and sign experts declaration | ¼ hr @ $300/hr - $75 |

Sum total             $2725

I would like to thank you for the opportunity to assist you in this matter. Please do not hesitate to call if I may be of assistance in the future.

Mark J. Botham, M. D.

Please make check payable to : Mark  J. Botham, M.D.

12 Country Lane

Pepper Pike, Oh  44124