UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT (CINCINNATI)

| | | |
|---|---|---|
| LISA BRITT, ADMINISTRATRIX OF THE ESTATE OF TOMMY W. BRITT, II, | : : : | CASE NO. 1:17-CV-724 |
| | : | JUDGE MATTHEW W. MCFARLAND |
| Plaintiff, | : : | |
| | : | **AFFIDAVIT OF COUNSEL** |
| v. | : | **ROBERT W. HOJNOSKI** |
| | : | |
| HAMILTON COUNTY OHIO, et al., | : : | |
| Defendants. | : : | |

STATE OF OHIO     )
                  ) SS:
COUNTY OF HAMILTON  )

Now comes the Affiant, Robert W. Hojnoski, after being duly cautioned and sworn, and states the following is true and within his own personal knowledge:

1. I am counsel of record for Defendants Naphcare, Inc., Curtis Everson, M.D., Dr. Leland Johansen, D.O., Angela M. Moore, RN, BSN, Danielle McFarland, LPN, Allison Kolb, LPN, Hamilton County, Hamilton County Sheriff Jim Neil and Sergeant Melissa Kilday, in the above-captioned action.

2. I am over the age of eighteen (18) years old and am competent to testify to the matters in this affidavit.

3. Defendants are the prevailing parties in the Motion for Summary Judgement Order dated March 30, 2021.

4. Defendants seek reimbursement of expenses paid for costs associated with litigation.

5.      As of this writing, Defendants have incurred costs in the amount of $44,212.40 in defense of this litigation. (see itemized statements attached hereto as Exhibit A).

**Further Affiant Sayeth Naught**.

_____

**Robert W. Hojnoski**

Sworn to before me and subscribed in my presence this __14th__ day of May, 2021.

_____

Notary Public
Print Name:
My Commission Expires:

SARAH K. SCHMIDT
Notary Public, State of Ohio
My Commission Expires 05-18-2024